**Damiana PEREZ, Plaintiff–Appellee,**

v.

**GLOBE AIRPORT SECURITY SERVICE, INC., Defendant–Appellant.**

No. 00–13489.

United States Court of Appeals, Eleventh Circuit.

March 22, 2002.

Nancy A. Copperthwaite, Akerman, Senterfitt & Eidson, Miami, FL, for Defendant–Appellant.

Andre's Rivera-Ortiz, Law Offices of Andre's Rivera-Ortiz, Miami, FL, for Plaintiff-Appellee.

Before TJOFLAT and DUBINA, Circuit Judges, and SHAPIRO*, District Judge.

* Honorable Norma L. Shapiro, U.S. District Judge for the Eastern District of Pennsylvania, sitting by designation.

BY THE COURT:

The parties' "Stipulation of Dismissal," construed as a joint motion to dismiss this appeal with prejudice, is GRANTED.

Appellee's motion for appellate attorneys' fees is DENIED AS MOOT.

On its own motion, the Court VACATES its opinion issued on June 12, 2001. *See Flagship Marine Services Inc. v. Belcher Towing Co.*, 23 F.3d 341, 342 (1994).